RECEIVED
JAN 2 2 2013
AT 8:30_____M
WILLIAM T WALSH CLERK

PROSKAUER ROSE LLP
Wanda L. Ellert
One Newark Center
Newark, New Jersey 07102
Telephone: 973.274.3200
Fax: 973.274.3299
Email: wellert@proskauer.com

*Attorney for Defendant BT Americas, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TELECOMMUNICATIONS RESEARCH LABORATORIES d/b/a TR LABS, a Canadian Not For Profit Corporation, and TR TECHNOLOGIES, INC., a Canadian Corporation,<br><br>          Plaintiffs,<br><br>    v.<br><br>BT AMERICAS, INC.<br><br>          Defendant. | Civil Action No. 3:12-cv-6828-PGS-DEA<br><br>**CONSENT ORDER ADMITTING NOLAN M. GOLDBERG *PRO HAC VICE***<br><br><u>Document Electronically Filed</u> |

  **THIS MATTER** having been brought before the Court by Proskauer Rose LLP, attorneys for Defendant BT Americas, Inc. ("Defendant"), on notice to and with the consent of counsel for Plaintiffs, for entry of a consent order granting the admission *pro hac vice* of Nolan M. Goldberg, Esq., to the bar of the United States District Court for the District of New Jersey; the Court having considered Defendant's application, together with the Certifications of Wanda L. Ellert, Esq., and Nolan M. Goldberg, Esq.; it appearing that Nolan M. Goldberg, Esq., is a member in good standing of the bars listed in his certifications, and that there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; and for good cause appearing:

**IT IS ORDERED** that Nolan M. Goldberg, Esq., be admitted *pro hac vice* to the bar of the United States District Court for the District of New Jersey for the purpose of representing Defendant BT Americas, Inc., in the above-captioned action; and it is further

**ORDERED** that Nolan M. Goldberg, Esq., will hereby comply with the requirements of New Jersey Court Rule 1:28-2 and pay the appropriate fee to the New Jersey Lawyers' Fund for Client Protection for each calendar year in which he continues to represent Defendant in the above-captioned action (to the extent that such fee has not otherwise been paid in connection with another matter) and agree to take no fee in any tort case in excess of N.J. Court Rule 1:21-7; and it is further

**ORDERED** that Nolan M. Goldberg, Esq., shall comply with the provisions of L.Civ.R. 101(c)(3) and submit payment to the Clerk of the Court for the District of New Jersey; and it is further

**ORDERED** that Nolan M. Goldberg, Esq., be assisted by the attorney of record, Wanda L. Ellert, a Senior Counsel in Proskauer Rose LLP's Newark, New Jersey office, or another attorney associated with the Newark, New Jersey office, with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom pleadings and other papers may be served; and it is further

**ORDERED** that Nolan M. Goldberg, Esq., be bound by the disciplinary rules of the Court.

**SO ORDERED** this 22nd day of January, 2013

_____
Honorable Douglas E. Arpert, U.S.M.J.