# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TELECOMMUNICATIONS RESEARCH LABORATORIES d/b/a TR LABS, and TR TECHNOLOGIES, INC., | Civil Action No.: 3:12-cv-6828-PGS-DEA |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | ELECTRONICALLY FILED |
| BT AMERICAS, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Amended Complaint* was filed and served upon all counsel of record via the Court's electronic notification system.


Dated: <u>January 29, 2013</u>

       <u>s/ Kristine L. Butler</u>
Kristine L. Butler, Esquire
VOLPE AND KOENIG, P.C.
212 Carnegie Center, Suite 202
Princeton, New Jersey 08540
Phone:  (609) 924-7900
Fax:  (609) 924-7902

*Attorneys for Plaintiffs,*
*Telecommunications Research*
*Laboratories d/b/a TR Labs and*
*TR Technologies, Inc.*