PROSKAUER ROSE LLP
Wanda L. Ellert
One Newark Center
Newark, New Jersey 07102
Telephone:  973.274.3200
Fax:  973.274.3299
Email: wellert@proskauer.com

*Attorneys for Defendant BT Americas, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TELECOMMUNICATIONS RESEARCH LABORATORIES d/b/a TR LABS, a Canadian Not For Profit Corporation, and TR TECHNOLOGIES, INC., A Canadian Corporation,<br><br>                              Plaintiffs,<br><br>v.<br><br>BT AMERICAS, INC.<br><br>                              Defendant. | Civil Action No. 3:12-cv-6828-PGS-DEA<br><br>**APPLICATION PURSUANT TO LOCAL CIVIL RULE 6.1(b) FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO THE AMENDED COMPLAINT**<br><br>Document Electronically Filed |

Application is hereby made pursuant to Local Civil Rule 6.1(b) for a Clerk's Order extending time within which Defendant BT Americas, Inc.("BT Americas") may answer, move or otherwise reply to the Amended Complaint [Docket Document No. 19] filed by Plaintiffs herein and it is represented that:

1. No previous extension has been obtained for BT Americas' time to answer, move or otherwise reply to the Amended Complaint.

2. Defendant BT Americas, Inc. ("BT Americas") first received a copy of the Amended Complaint on January 29, 2013 via ECF.

3. Pursuant to Federal Rules of Civil Procedure 6, 15(a)(3) and Local Rule 5.2, BT Americas' time to answer, move or otherwise reply expires on February 19, 2013.

4. BT Americas therefore respectfully requests entry of the following Clerk's Order, pursuant to Local Civil Rule 6.1(b), extending its time to answer, move or otherwise reply to the Complaint by fourteen days, from February 19, 2013 through and including March 5, 2013.

Dated: January 30, 2013

/s/Wanda L. Ellert
Wanda L. Ellert
PROSKAUER ROSE LLP
One Newark Center
Newark, NJ 07102
Telephone:  973.274.6081
Facsimile:  973.274.3299
Email: wellert@proskauer.com

James H. Shalek*
John C. Stellabotte
Nolan M. Goldberg*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone:  212.969.3000
Facsimile:  212.969.2900
Email: jshalek@proskauer.com
          jstellabotte@proskauer.com
          ngoldberg@proskauer.com

*admitted pro hac vice

ATTORNEYS FOR DEFENDANT
BT AMERICAS, INC.

2


## **ORDER**

The above application is ORDERED GRANTED extended to _____.

ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By:_____
    Deputy Clerk